1  Marc Van Der Hout (California Bar # 80778)
   Zachary Nightingale (California Bar #184501)
2  Van Der Hout, Brigagliano & Nightingale, LLP
   180 Sutter Street, Fifth Floor
3  San Francisco, California 94104
   Telephone: (415) 981-3000
4  Facsimile: (415) 981-3003
   Email: ndca@vblaw.com
5
   Attorneys for Petitioner
6  Angel Vladimir OLIVEROS-ORTIZ

7

8              UNITED STATES DISTRICT COURT FOR THE
9                 NORTHERN DISTRICT OF CALIFORNIA
10

11 | Angel Vladimir OLIVEROS-ORTIZ | Case No. C-06-04628 BZ
12 |          Petitioner,          | **NOTICE OF VOLUNTARY DISMISSAL AND [PROPOSED] ORDER**
13 |              v.                |
14 | David STILL, in his Official Capacity, District Director, U.S. Department of Homeland Security, Citizenship and Immigration Services, San Francisco, California; | Immigration Case
15 |                                | USCIS No.: A75-250-368
16 |                                |
17 | Michael CHERTOFF, in his Official Capacity, Secretary, United States Department of Homeland Security; |
18 |                                |
19 | Alberto R. GONZALES, in his Official Capacity, Attorney General, United States Department of Justice |
20 |                                |
21 |          Respondents.          |

22
23
24
25
26
27
28

Notice is hereby given that pursuant to Federal Rule of Civil Procedure 41(a), Petitioner voluntarily dismisses the above-captioned action.

Dated: August 29, 2006

/s/ Zachary Nightingale, Esq.
Zachary Nightingale
Attorney for Petitioner Angel Vladimir OLIVEROS-ORTIZ

IT IS SO ORDERED.

Dated: 13 Sept 06

BERNARD ZIMMERMAN
United States District Court Magistrate Judge

# PROOF OF SERVICE BY MAIL

I, Avantika Shastri, the undersigned, say:

I am over the age of eighteen years and not a party to the within action or proceedings; my business address is Van Der Hout, Brigagliano & Nightingale, LLP, 180 Sutter Street, Fifth Floor, San Francisco, CA 94104.

On August 29, 2006, I caused to be served the within:

**NOTICE OF VOLUNTARY DISMISSAL AND [PROPOSED] ORDER**

on the opposing counsel by depositing one copy thereof, enclosed in a sealed envelope with postage fully pre-paid, in a mailbox regularly maintained by the United States Postal Service at San Francisco, California, addressed as follows:

Office of the U.S. Attorney
Northern District of California
450 Golden Gate Avenue,
Box 36055
San Francisco, CA 94102

Executed on August 29, 2006, at San Francisco, California. I declare under penalty of perjury, under the laws of the State of California that the foregoing is true and correct.

_Avantika Shastri_
Avantika Shastri
Declarant